IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 12-89-GF-DLC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL ANTHONY RIBLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter on December 11, 2012. Neither party objected and therefore they are not entitled to <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313

1

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept Paul Anthony Rible's guilty plea after Rible appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of assessing with intent to view child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B), as set forth in the Information.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 12), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Paul Anthony Rible's motion to change plea (doc. 8) is GRANTED.

DATED this 2nd day of January, 2013.

_____
Dana L. Christensen, District Judge
United States District Court